AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rose, Thomas M. | U.S. District Ct., S.D. Ohio | 04/05/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (active) | ☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2009<br>to<br>12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 200 West Second Street<br>9th Floor, Federal Building<br>Dayton, OH 45402 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Wiggins & Rose Stables L.L.P. |
| 2. Partner | KSJ Stables Llp |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1976 | Public Employees Retirement System, no control, retirement |
| 2. 2005 | Northwestern Mutual Individual retirement account - self directed (rolled from Ohio Deferred Comp Fund) |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 04/05/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | Ohio Public Employee Retirement System (Retirement) | $74,682.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Ohio Public Retirement System (Retirement) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 04/05/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Huntington Bank fka Sky Bank | Mortgage on rental property #1 - Xenia, Ohio | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 04/05/2010 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Amcap Fund Inc. Class A Am Funds | A | Dividend | K | T | | | | | |
| 2. Small Cap World Fund Class A Am Funds | A | Dividend | K | T | | | | | |
| 3. Aim Mutual Fund Inc. Class A Am Funds | C | Dividend | K | T | | | | | |
| 4. Bond Fund of Am Inc. Class A Am Funds | B | Dividend | L | T | | | | | |
| 5. Euro Pacific Growth B Fd. Class A Am Funds | A | Dividend | K | T | | | | | |
| 6. Archer - Daniels - Midland Co. | A | Dividend | K | T | | | | | |
| 7. BP P L C ADR Sponsored | B | Dividend | K | T | | | | | |
| 8. Central Fund of Canada LTD Cl. | A | Dividend | J | T | | | | | |
| 9. Claymore Exchange Traded FD Zacks YLD Hog | A | Dividend | J | T | | | | | |
| 10. Fomento Economico Mexicano | A | Dividend | J | T | | | | | |
| 11. Huntington Bancshares | A | Dividend | K | T | | | | | |
| 12. Ishares Comex Gold Tr Ishares | A | Dividend | | | Sold | 12/09/09 | J | | |
| 13. Ishares Tr DJ Sel Div Indx | A | Dividend | J | T | | | | | |
| 14. Ishares Tr Ftse Znhua IDX | A | Dividend | K | T | | | | | |
| 15. Ishares TR S&P Global 100 | A | Dividend | K | T | | | | | |
| 16. Microsoft Corp | A | Interest | J | T | | | | | |
| 17. National City Corp | A | Dividend | | | Distributed | 01/05/09 | J | | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 04/05/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date (mm/dd/yy) | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  PNC | A | Dividend | J | T | Spinoff (from line 17) | 01/05/09 | J | | |
| 19.  Newell Rubbermaid Inc | A | Dividend | J | T | | | | | |
| 20.  Nuveen Ohio Qual Incm Mun | A | Dividend | | | Sold | 12/10/09 | J | | |
| 21.  SPDR Index SHS FDS Mideast Africa | A | Dividend | J | T | | | | | |
| 22.  Wisdomtree Trust Emg Mkts | A | Dividend | J | T | | | | | |
| 23.  SAmerican Muni Power Oh | B | Interest | K | T | | | | | |
| 24.  SBroadview Hts. G O SA LT | A | Interest | | | Redeemed | 12/02/09 | K | | |
| 25.  @SBuckeye Ohio TOB Settlem BE Fing Auth Asset | A | Interest | K | T | | | | | |
| 26.  SCelina Ohio | A | Interest | K | T | | | | | |
| 27.  SCenterville Ohio Hlth Ca Bethany Luthern Vlg Proj | A | Interest | K | T | | | | | |
| 28.  SCenterville Ohio Hlth Ca Bethany Lutheran Vlg. Proj | B | Interest | J | T | | | | | |
| 29.  SClyde Green Springs Obligation Bond | A | Dividend | K | T | | | | | |
| 30.  Columbus (Franklin Co) Ohio Gen Oblig Bds | B | Interest | | | Redeemed | 10/01/09 | K | | |
| 31.  SCuyahoga Cnty Ohio Hosp Ref &Impt Revenue Bonds | A | Interest | J | T | | | | | |
| 32.  SFranklin County Ohio Hea Care Facs | A | Interest | J | T | | | | | |
| 33.  SFranklin Ohio Pub Imps General Obligation Bonds | A | Interest | J | T | | | | | |
| 34.  Franklin City (Warren Co) Ohio | A | Interest | K | T | | | | | |

| 1  Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 04/05/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. $Hamilton Cnty Ohio Hlth | B | Interest | K | T | | | | | |
| 36. $Hamilton Cnty Ohio Hosp (Childrens Hosp) | A | Interest | | | Redeemed | 05/15/09 | J | | |
| 37. $Hamilton County Ohio Facs Rev Bond | B | Interest | K | T | | | | | |
| 38. $Huber Hts (Montgomery Co) | B | Interest | K | T | | | | | |
| 39. $Independence Ohio GO | A | Interest | K | T | | | | | |
| 40. $Lorain County Ohio Hosp Ref & Impt Rev Bonds Catholic Hlter | A | Interest | K | T | | | | | |
| 41. $Mahoning County Ohio Gen Obligation Bonds | B | Interest | K | T | | | | | |
| 42. #$Mansfield (Richland Cnty Genl Oblig Bonds | B | Interest | K | T | | | | | |
| 43. Mahoning Co. Ohio Hosp. Fac Bonds | A | Dividend | K | T | | | | | |
| 44. $Ohio St Bldg Auth Revenu Bonds | A | Interest | K | T | | | | | |
| 45. $Ohio St Higher Edl Fac (Ohio Christian Univ Proj) | B | Interest | K | T | | | | | |
| 46. Ross Cnty Ohio Hosp. Rev Bonds | A | Dividend | J | T | | 10/20/09 | | | |
| 47. ThornburgValue Fund - A Excahnge in | A | Dividend | K | T | | | | | |
| 48. Sweney Cartwright Stock Cash Account | B | Interest | K | T | Redeemed (part) | 12/01/09 | L | | |
| 49. Wiggins & Rose Stables L.L.P. | A | Distribution | J | W | | | | | |
| 50. Rental Prop. #1, Xenia OH | | None | L | W | | | | | |
| 51. KSJ Stables LLP | D | Distribution | K | W | | | | | |

1 Income Gain Codes:      A =$1,000 or less       B =$1,001 - $2,500       C =$2,501 - $5,000       D =$5,001 - $15,000       E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000  H1 =$1,000 001 - $5,000,000  H2 =More than $5,000,000
2 Value Codes              J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                           P3 =$25,000,001 - $50,000,000                     P4 =More than $50,000,000
3 Value Method Codes       Q =Appraisal            R =Cost (Real Estate Only)  S =Assessment           T =Cash Market
(See Column C2)            U =Book Value           V =Other                  W=Estimated

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g, div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |
| 53. | | | | | | | | | |
| 54. | | | | | | | | | |
| 55. | | | | | | | | | |
| 56. | | | | | | | | | |
| 57. | | | | | | | | | |
| 58. | | | | | | | | | |
| 59. | | | | | | | | | |
| 60. | | | | | | | | | |
| 61. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 04/05/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 04/05/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Si

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544